WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01673-02-PHX-JJT |
| Plaintiff, | |
| v. | **ORDER OF DETENTION** |
| Joe Mancera, | |
| Defendant. | |

The detention hearing was held and the preliminary revocation hearing was waived on the Petition on Supervised Release on October 15, 2019.

The Court Finds that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a serious flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

IT IS ORDERED that the Defendant shall be detained pending further order of the court.

Dated this 15th day of October, 2019.

Honorable John Z. Boyle
United States Magistrate Judge